78 A.3d 986

IN THE MATTER OF JEFFREY P. SQUITIERI, AN ATTORNEY
AT LAW (ATTORNEY NO. 016671994).

November 20, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–259, recommending that **JEFFREY P. SQUITIERI,** formerly of **NEW YORK, NEW YORK,** who was admitted to the bar of this State in 1994, and who has been temporarily suspended from the practice of law since February 18, 2011, be disbarred for violating *RPC* 1.15(a) (knowing misappropriation of client funds) and the principles of *In re Wilson,* 81 *N.J.* 451, 409 *A.*2d 1153 (1979);

And **JEFFREY P. SQUITIERI** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **JEFFREY P. SQUITIERI** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **JEFFREY P. SQUITIERI** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that **JEFFREY P. SQUITIERI** comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.